AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District U.S.D.C. New Haven Ct. | |
|---|---|---|
| Name of Movant Edward L. Dailey | Prisoner No. 14973014 | Docket No. 3:02CR340 |
| Place of Confinement Lewisburg P.A. P.O Box 1000 | (include name upon which convicted) | |
| UNITED STATES OF AMERICA    v. | Edward L. Dailey (full name of movant) | |

MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S.D.C. New Haven Ct.

2. Date of judgment of conviction  5-25-04

3. Length of sentence  15 years 8 months

4. Nature of offense involved (all counts)  (1) Count Poss. of a firearm Felon.

   [FILED stamp: U.S. DISTRICT COURT NEW HAVEN, CT 2005 FEB -4 P 1:28]

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☑
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

6. Kind of trial: (Check one)
   (a) Jury  ☐
   (b) Judge only  ☑
   Suppression Hearing

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court _2nd Circuit New york st_____

   (b) Result _Withdrew Appeal_____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☑

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(3)

AO 243
REV 6/82

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result _____

    (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

_____

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐
    (5) Result _____
    (6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.    Yes ☐ No ☐
    (3) Third petition, etc.    Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*Threw a plea agreement with the state + Government I withdrew my Appeal for an Unconditional Discharge No Time, for my state case, Do to bad Advice from my Appelot Attorney After my Atty, Roger Sigal moved to Arizona*

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

(4)

AO 243
REV 6/82

   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
   (e) Conviction obtained by a violation of the privilege against self-incrimination.
   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   (g) Conviction obtained by a violation of the protection against double jeopardy.
   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
   (i) Denial of effective assistance of counsel.
   (j) Denial of right of appeal.

    A. Ground one: My 5th Amendment was Voilated

Supporting FACTS (tell your story *briefly* without citing cases or law): The Judge (JBA) Stated in my Presentence Report That She believed the evidence that was presented at my Suppression Hearing about the gun being used during a drug Sting operation, Even though I was Never charged with any drug charges, Therefore enhancing my Time upwards

    B. Ground two: My Fifth (5th) Amendment was Voilated

Supporting FACTS (tell your story *briefly* without citing cases or law): Being that I was out of Prison for 10 months before this case And had been Arrested, The Judge (JBA) Saw fit to add on again more Time for this fact without it being heard by Anyone other than herself, Not a Jury of my peers, Even though it has Nothing to do with said Case

    C. Ground three: My 6th Amendment was Voilated

Supporting FACTS (tell your story *briefly* without citing cases or law): I was Never informed by Counsel or Anyone else that my History points would be bumped up from 28 to 34 do to enhancement and being a Layman of the law, I Thought it was all part of what I actually did or did do, Carry a gun. I agreed to Nothing else, All of this was done

AO 243
REV 6/82

D. Ground four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Conviction obtained by plea of guilty without understanding of the Nature of the Crime and its Consequences, I knew Nothing about being enhanced for Crimes not submitted in the indictment, Nor being Charged with such crimes, I.E. Drug Distenbution and so forth

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Roger Sigal

    (b) At arraignment and plea  Roger Sigal
        Moved Practice to Arizona

    (c) At trial _____

    (d) At sentencing  Roger Sigal

(6)

AO 243
REV 6/82

(e) On appeal _____Gary Weinberger_____

(f) In any post-conviction proceeding _____Gary Weinberger_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☑

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐ No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_CD 2-1-05_____
(date)

_Edward L Dailey_____
Signature of Movant