UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD L. DAILEY | : | |
| v. | : | 3:02cr340 (JBA) |
| UNITED STATES OF AMERICA | : | |

## ORDER TO SHOW CAUSE

ORDERED that the respondent file a response on or before March 15, 2005, showing cause why the relief prayed for in the petition should not be granted and addressing the merit of the petitioner's claim, and it is further

ORDERED that service of this order, together with a copy of the petition on respondent's representative, United States Attorney Kevin O'Connor, United States Attorney's Office, 157 Church Street, New Haven, CT 06510, by the United States Marshal's Service on or before February 18, 2005, shall be deemed sufficient.

Entered at New Haven, Connecticut: February 16, 2005

IT IS SO ORDERED.

_____/s/_____
JANET BOND ARTERTON
United States District Judge