UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD L. DAILEY | : | |
|     Plaintiff, | : | CRIM. NO.  3:02CR340(JBA) |
| | | CIVIL NO.  3:05CV223(JBA) |
| v. | : | |
| UNITED STATES OF AMERICA | : | March 15, 2005 |
|     Respondent. | : | |

## UNITED STATES' MOTION FOR AN EXTENSION OF TIME

The plaintiff, a pro se prisoner, has filed a motion for habeas corpus relief pursuant to 28 U.S.C. §2255.  By Order dated February 16, 2005, the Court ordered the Government to file an answer by March 15, 2005.  Due to the press of business and the need to obtain background information in order to respond to this motion, including obtaining and reviewing transcripts of both federal and state courtroom proceedings, as well as obtaining waivers of attorney-client privilege on account of ineffectiveness of counsel claims, the Government respectfully requests an extension of time of sixty days, until May 13, 2005, to respond.

This motion is the first filed by the Government seeking an extension of time to respond to the plaintiff's motion.  Because the plaintiff is a pro se prisoner incarcerated out-of-state, the

Government has not contacted the plaintiff concerning his position on this motion.

                            Respectfully submitted,

                            KEVIN J. O'CONNOR  
                            UNITED STATES ATTORNEY

BY:   _____  
       DAVID J. SHELDON  
       ASSISTANT UNITED STATES ATTORNEY  
       FEDERAL BAR NO. ct07997

FOR:  THOMAS V. DAILY  
        ASSISTANT STATES ATTORNEY  
        450 MAIN STREET, RM. 328  
        HARTFORD, CT 06103  
        (203) 947-1101  
        FEDERAL BAR NO. ct03467

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing was mailed, this 15th day of March, 2005 to the following:

Edward L. Dailey  
Prisoner No. 14973014  
FCI - Lewisburg  
P. O. Box 1000  
Lewisburg, PA

BY:   _____  
       DAVID J. SHELDON  
       ASSISTANT UNITED STATES ATTORNEY

FOR:  THOMAS V. DAILY  
        ASSISTANT UNITED STATES ATTORNEY