**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr340 (JBA) |
| **EDWARD L. DAILEY** | : |

### ENDORSEMENT ORDER #82

_____Government's motion for extension of time to respond to defendant's 2255 motion until May 13, 2005, is GRANTED.

              IT IS SO ORDERED.


            _____/s/_____
            Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut: March   29,2005