FILED

2005 APR 13 A 8:09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Edward L. Dailey
    Petitioner,

v.

United States of America
    Respondent.

Crim No: 3:02 CR 340 (JBA)
Civ No: 3:05 CV 223 (JBA)

MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 18 U.S.C. §3006A

Named Petitioner Edward L Dailey respectfully moves this Honorable Court to appoint him counsel pursuant to 18 U.S.C. § 3006A. In support thereof, Petitioner asserts the following:

1). Petitioner filed a pro se motion to vacate or set aside his Conviction Pursuant to 28 U.S.C. §2255. In his §2255 motion the Petitioner raised a substantial claim that the investigating officer Nathaniel Ortiz committed perjury during his testimony at the Suppression hearing.

2). It has come to the Petitioner's attention that Mr. Ortiz has been arrested for criminal conduct which consisted of drug dealing and falsifying police reports. Further investigation into the charges and allegations brought against Mr. Ortiz may produce evidence that will substantiate or help clarify Petitioner's claim.

3). In view of the fact that Mr. Ortiz conduct is central to the Petitioner's claim, and because the Petitioner is indigent and cannot afford an attorney or investigator to perform the initial investigation; the interest of Justice, Judicial economy and principles of equity requires this Court to grant Petitioner's Motion for appointment of Counsel.

For the Reasons Stated Petitioner prays that this Honorable Court GRANT this motion for appointment of Counsel.

Respectfully Submitted

*Edward Dailey*
Edward L Dailey

Certificate of Service

I hereby certify that a copy of this Motion for Appointment of Counsel was mailed this 6th day of April 2005 to the following:

Thomas Dailey
Assistant States Attorney
450 Main Street, Rm 328
Hartford, Ct. 06108

*Edward Dailey*
Edward L Dailey