UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD L. DAILEY | : | |
| Plaintiff, | : | CRIM. NO. 3:02CR340(JBA) |
| | | CIVIL NO. 3:05CV223(JBA) |
| v. | : | |
| UNITED STATES OF AMERICA | : | May 13, 2005 |
| Respondent. | : | |

### UNITED STATES' MOTION FOR AN EXTENSION OF TIME

The Respondent, United States of America, by and through its counsel, Thomas V. Daily, Assistant United States Attorney for the District of Connecticut, hereby requests that the Court grant an extension of time of one month, from May 13, 2005 through June 10, 2005, for the Government to file a response to the plaintiff's motion for habeas corpus relief filed February 5, 2005. The reasons for this request are as follows.

On April 13, 2005, the plaintiff filed a motion for appointment of counsel requesting that counsel be appointed to investigate charges and allegations against a police officer who testified at defendant's suppression hearing. Contrary to plaintiff's assertions, he did not raise a claim that the officer committed perjury in his February 5, 2005 petition. Based on information currently available to the Government, the allegations against the police officer are not relevant to the defendant's motion in that they involve allegations of conduct in August of 2004, three months after Judgement entered in plaintiff's case. Further, no findings have been made in regard to the allegations. However, the Government desires to obtain background and the current status of the allegations so as to fully and accurately report them to the Court. In

addition, the Government has not yet received a transcript of the plaintiff's sentencing hearing which is also necessary for preparation of the Government's response.

For these reasons, the Government respectfully requests an extension of time of thirty days, until June 10, 2005, to respond to the plaintiff's motion for habeas corpus relief.  This motion is the second filed by the Government seeking an extension of time to respond to the plaintiff's motion.  Because the plaintiff is a pro se prisoner incarcerated out-of-state, the Government has not contacted the plaintiff concerning his position on this motion.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

BY: _____
      DAVID J. SHELDON
      ASSISTANT UNITED STATES ATTORNEY
      FEDERAL BAR NO. ct07997

FOR: THOMAS V. DAILY
      ASSISTANT STATES ATTORNEY
      450 MAIN STREET, RM. 328
      HARTFORD, CT  06103
      (203) 947-1101
      FEDERAL BAR NO. ct03467

## **CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the within and foregoing was mailed, this 13th day of May, 2005 to the following:

Edward L. Dailey  
Prisoner No. 14973014  
FCI - Lewisburg  
P. O. Box 1000  
Lewisburg, PA

BY: _____  
     DAVID J. SHELDON  
     ASSISTANT UNITED STATES ATTORNEY

FOR:  THOMAS V. DAILY  
         ASSISTANT UNITED STATES ATTORNEY