**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr340 (JBA)** |
| **EDWARD L. DAILEY** | : |

### ENDORSEMENT ORDER #85

_____Government's motion for extension of time to respond to defendant's 2255 motion until June 10, 2005, is GRANTED.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 25, 2005