● **MANDATE** ●

T-1080

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

Each motion must be accompanied by a supporting affidavit with statement of issues. (Local Rule 27(a))
Include brief statement of facts with page references to the moving papers.

*[Handwritten top right:]* DIST CONN (NEW HAVEN) / CMT / 02-CR-340 / ARTERTON

U.S.A.

v.

Dailey

Use short title

*[Stamp:]* UNITED STATES COURT OF APPEALS FILED SEP 24 2004 Roseann B. MacKechnie SECOND CIRCUIT

04-3416-CR
Docket Number

**MOTION INFORMATION FORM**
Appellant's Motion
Motion for  To Withdraw Appeal

**MOTION BY:** (Name, address and tel. no. of law firm and of attorney in charge of case)
Gary D. Weinberger, Esq.
10 Columbus Blvd., 6 Fl, Htfd, CT 06106
(860)493-6260

**Has consent of opposing counsel:**

A. been sought?        ☒ Yes ☐ No
B. been obtained?      ☒ Yes ☐ No

Has service been effected?    ☒ Yes ☐ No
Is oral argument desired?      ☐ Yes ☒ No
(Substantive motions only)

Requested return date: _____
(See Second Circuit Rule 27(b).)
Has argument date of appeal been set:
A. by scheduling order?        ☒ Yes ☐ No
B. by firm date/argument notice?  ☐ Yes ☒ No
C. If yes, enter date: No earlier than 11/08/2004

Judge or agency whose order is being appealed:
Honorable Janet Bond Arterton, U.S.D.J.

**Brief statement of the relief requested:**
Appellant Edward Dailey with the consent of the Government moves to withdraw his appeal with prejudice.

**OPPOSING COUNSEL:** (Name, address and tel. no. (860)947-1101
of law firm and attorney in charge of case) Thomas Daily, Esq.
Asst. U.S. Atty. 450 Main St. Htfd. CT 06103

**EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?     ☐ Yes ☐ No
(See F.R.A.P. Rule 8.)

Any previous request for similar relief
made to the 2nd Circuit?                    ☐ Yes ☐ No

Would expedited appeal eliminate need
for this motion?                            ☐ Yes ☐ No
If no, explain why not:

Will the parties agree to maintain the status quo
until the motion is heard?                  ☐ Yes ☐ No

**By:** (Signature of Attorney)
Signed name must be printed beneath.

*[signature]*

Gary D. Weinberger
Date: September 23, 2004

**Appearing for:** (Name of Party)

Appellant or Petitioner:  ☐ Plaintiff ☒ Defendant
Appellee or Respondent:   ☐ Plaintiff ☐ Defendant

**ORDER**

Kindly leave this space blank.

**BEFORE:**

**IT IS HEREBY ORDERED** that the motion be and it hereby is granted

*[Stamp: UNITED STATES COURT OF APPEALS FILED SEP 28 2004]*

Date

For the Court:
ROSEANN B. MACKECHNIE

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

By: *[signature]*
Tracy W. Young
Motions Staff Attorney

17

— MANDATE ISSUED: 6-1-05