T-1080

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

Each motion must be accompanied by a supporting affidavit with statement of issues. (Local Rule 27(a))
Include brief statement of facts with page references to the moving papers.

---

U.S.A.

v.

Dailey

Use short title

---

04-3416-CR
Docket Number

**MOTION INFORMATION FORM**
Appellant's Motion
Motion for ___To Withdraw Appeal___

---

MOTION BY: (*Name, address and tel. no. of law firm and of attorney in charge of case*)
Gary D. Weinberger, Esq.
10 Columbus Blvd., 6 Fl, Htfd, CT 06106
(860) 493-6260

Has consent of opposing counsel:

A. been sought?   ☒ Yes  ☐ No
B. been obtained? ☒ Yes  ☐ No

Has service been effected?   ☒ Yes  ☐ No
Is oral argument desired?    ☐ Yes  ☒ No
(*Substantive motions only*)

Requested return date: _____
(*See Second Circuit Rule 27(b).*)
Has argument date of appeal been set:
A. by scheduling order?        ☒ Yes  ☐ No
B. by firm date/argument notice? ☐ Yes  ☒ No
C. If yes, enter date: No earlier than 11/08/2004

Judge or agency whose order is being appealed:
Honorable Janet Bond Arterton, U.S.D.J.

**Brief statement of the relief requested:**
Appellant Edward Dailey with the consent of the Government moves to withdraw his appeal with prejudice.

OPPOSING COUNSEL: (*Name, address and tel. no. (860) 947-1101 of law firm and attorney in charge of case*) Thomas Daily, Esq.
Asst. U.S. Atty. 450 Main St. Htfd. CT 06103

**EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?   ☐ Yes  ☐ No
(*See F.R.A.P. Rule 8.*)

Any previous request for similar relief
made to the 2nd Circuit?                  ☐ Yes  ☐ No

Would expedited appeal eliminate need
for this motion?                          ☐ Yes  ☐ No
If no, explain why not:

Will the parties agree to maintain the status quo
until the motion is heard?                ☐ Yes  ☐ No

---

By: (*Signature of Attorney*)
Signed name must be printed beneath.

*/s/ Gary D. Weinberger*
Gary D. Weinberger
Date: September 23, 2004

Appearing for: (*Name of Party*)

Appellant or Petitioner:  ☐ Plaintiff  ☒ Defendant
Appellee or Respondent:   ☐ Plaintiff  ☐ Defendant

---

**ORDER**

Kindly leave this space blank.

BEFORE:

IT IS HEREBY ORDERED that the motion be and it hereby is    granted    denied.

For the Court:
ROSEANN B. MACKECHNIE, CLERK

Date _____    By: _____

EXHIBIT B

17

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA         :

        vs.                              :         DOCKET NO. 04-3416-cr

EDWARD DAILEY                    :

## AFFIDAVIT IN SUPPORT OF
## EDWARD DAILEY'S MOTION TO WITHDRAW HIS APPEAL

STATE OF CONNECTICUT             :

                             :         ss. Hartford

COUNTY OF HARTFORD               :

       GARY D. WEINBERGER, being duly sworn, does hereby depose and say:

       1.     I am an Assistant Federal Public Defender for the District of Connecticut;

       2.     I am duly authorized to practice law before this court;

       3.     The Office of the Federal Defender for the District of Connecticut represented the Defendant-appellant, Edward Dailey based on his demonstration of indigency, in the District Court and I presently represent him in the above-captioned appeal;

       4.     Mr. Dailey has appealed his conviction;

       5.     The Appellants' briefs and a Joint Appendix are currently due to be filed per a scheduling order on or before October 27, 2004;

       6.     By this motion Edward Dailey seeks to withdraw his appeal.

       7.     Opposing counsel for the government has no objection to the granting of this motion.

                                                              _____
                                                               Gary D. Weinberger

SUBSCRIBED and SWORN to before me
this 23rd day of September, 2004.

_____
Annette Wiggins
Notary Public
My Commission Expires July 31, 2008

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA            :

        vs.            :            DOCKET NO. 04-3416-cr

EDWARD DAILEY            :

### WITHDRAWAL OF APPEAL

The attorneys for the United States and for the appellant Edward Dailey, with the consent of the appellant Edward Dailey, stipulate and agree that the appeal of Edward Dailey, Docket No. 04-3416-cr, may be withdrawn with prejudice and without costs or attorney's fees to either party, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: 9/22/04            By _____
                                 EDWARD DAILEY, APPELLANT

Dated: 9/22/04            By _____
                                 GARY D. WEINBERGER
                                 ATTORNEY FOR EDWARD DAILEY

                                 UNITED STATES OF AMERICA, APPELLEE

Dated: 9/22/04            By _____
                                 THOMAS V. DAILY
                                 ASSISTANT UNITED STATES ATTORNEY

- 2 -

## CERTIFICATION

I HEREBY CERTIFY that a copy of Edward Dailey's Motion To Withdraw His Appeal, and Affidavit In Support of Edward Dailey's Motion To Withdraw His Appeal has been mailed to Thomas Daily, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103 on this 23rd day of September, 2004.

Gary D. Weinberger