-1080

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Each motion must be accompanied by a supporting affidavit with statement of issues. (Local Rule 27(a))
Include brief statement of facts with page references to the moving papers.

| | |
|---|---|
| U.S.A.<br>v.<br>Dailey<br>Use short title | 04-3416-CR<br>Docket Number<br>MOTION INFORMATION FORM<br>Appellant's Motion<br>Motion for To Withdraw Appeal |

*(Stamp: UNITED STATES COURT OF APPEALS FILED SEP 24 2004, Roseann B. MacKechnie, SECOND CIRCUIT)*

**MOTION BY:** (Name, address and tel. no. of law firm and of attorney in charge of case)
Gary D. Weinberger, Esq.
10 Columbus Blvd., 6 Fl, Htfd, CT 06106
(860) 493-6260

**OPPOSING COUNSEL:** (Name, address and tel. no. of law firm and attorney in charge of case) (860) 947-1101
Thomas Daily, Esq.
Asst. U.S. Atty. 450 MainSt. Htfd. CT 06103

Has consent of opposing counsel:

A. been sought?  ☒ Yes ☐ No
B. been obtained? ☒ Yes ☐ No

Has service been effected? ☒ Yes ☐ No
Is oral argument desired? ☐ Yes ☒ No
(Substantive motions only)

Requested return date: _____
(See Second Circuit Rule 27(b).)
Has argument date of appeal been set:
A. by scheduling order?    ☒ Yes ☐ No
B. by firm date/argument notice? ☐ Yes ☒ No
C. If yes, enter date: No earlier than 11/08/2004

Judge or agency whose order is being appealed:
Honorable Janet Bond Arterton, U.S.D.J.

**EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?    ☐ Yes ☐ No
(See F.R.A.P. Rule 8.)

Any previous request for similar relief
made to the 2nd Circuit?    ☐ Yes ☐ No

Would expedited appeal eliminate need
for this motion?    ☐ Yes ☐ No
If no, explain why not:

Will the parties agree to maintain the status quo
until the motion is heard?    ☐ Yes ☐ No

**Brief statement of the relief requested:**
Appellant Edward Dailey with the consent of the Government moves to withdraw his appeal with prejudice.

By: (Signature of Attorney)
Signed name must be printed beneath.
*/s/ Gary D. Weinberger*
Gary D. Weinberger
Date: September 23, 2004

Appearing for: (Name of Party)

Appellant or Petitioner:    ☐ Plaintiff ☒ Defendant
Appellee or Respondent:     ☐ Plaintiff ☐ Defendant

**ORDER**

Kindly leave this space blank.

**BEFORE:**

IT IS HEREBY ORDERED that the motion be and it hereby is    granted ~~denied~~

For the Court:
ROSEANN B. MACKECHNIE, CLERK

Date *(Stamp: SEP 28 2004 FILED)*

By: */s/ Tracy W. Young*
Tracy W. Young
Motions Staff Attorney

EXHIBIT C

17