UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD L DAILEY
       PETITIONER,

    V

UNITED STATES OF AMERICA
       RESPONDENT.

CIV. 3:05CV223
CRIM. 3:02CR340

### MOTION REQUESTING PERMISSION TO FILE A TRAVERSE TO THE GOVERNMENT'S MEMORANDUM IN OPPOSITION

Edward dailey proceeding pro se, submits this motion requesting permission to file a traverse to the government's motion opposing Dailey's motion to vacate, set aside, or correct sentence. For the following reasons Dailey request that this honorable court grant him the opportunity to file a traverse:

1. In his motion to vacate, set aside, or correct sentence Dailey did not submit a memorandum in support, therefore his claims were not fully briefed.

2. Dailey is entitled the opportunity to address those points raised by the government that were not sufficiently anticipated in his § 2255 motion and the points that require additional clarification.

3. Allowing Dailey to file a traverse would not prejudice the government.

4. In view of the fact that Dailey is a <u>pro se</u> litigant and unlearned in the complicated skills of Federal Criminal Laws and even more complexed arts of Federal Criminal Procedures, Dailey is entitled to less strigent standards than standards placed on professional attorneys.

For the reasons stated, Dailey request that this Court Grant him permission to file a traverse.

Respectfully Submitted

*Edward L Dailey*
Edward L Dailey
10-14-05