**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr340 (JBA)** |
| **EDWARD L. DAILEY** | : |

<u>**ENDORSEMENT ORDER #91**</u>

_____Defendant's motion requesting permission to file a traverse to the government's memorandum im opposition is GRANTED. Defendant shall file traverse brief by November 28, 2005.

            IT IS SO ORDERED.

          _____/s/_____
          Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November 7, 2005